Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

_____ Division

FILED

JUN 0 9 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

Warren Eugene Overton

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

The State of Oklahoma
The County of Oklahoma County
The City of Oklahoma City

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CIV-26-1346-SLP

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _Warren E. Overton_

Address _1908 NW 8th_

_OKC_      _OK_      _73106_
City      State      Zip Code

County _Oklahoma county_

Telephone Number _405 642 7829_

E-Mail Address _W246989_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

**Defendant No. 1**

Name _The State of OKLAHOMA_

Job or Title (if known) _____

Address _2300 N. Lincoln Blvd._

_OKC_      _OK_      _73105_
City      State      Zip Code

County _Oklahoma County_

Telephone Number _~~405 642 7879~~ 405 522 7000_

E-Mail Address (if known) _____

☐ Individual capacity    ☒ Official capacity

**Defendant No. 2**

Name _The County of OKLAHOMA County_

Job or Title (if known) _~~320 Robert S. Kerr Avenue~~_

Address _320 Robert S. Kerr Avenue_

_OKC_      _OK_      _73102_
City      State      Zip Code

County _OKLAHOMA County_

Telephone Number _405 713 1704_

E-Mail Address (if known) _____

☐ Individual capacity    ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name        *The City of OKLAHOMA City*

Job or Title *(if known)*

Address     *200 n. Walker Ave*

*OKC*                    *OK*        *73102*
City                     State       Zip Code

County      *OKLAHOMA County*

Telephone Number  *405 297 2406*

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

_____

City              State           Zip Code

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1. *The fourteenth Amendment Equal Protections Clause. "nor deny individuals equal protection under the law." Officials can not selectively deny the protection of the law or decline to investigate based on protected characteristics.*

2. *The fourteenth Amendment Due process claus – The violation: under State created danger officials affirmatively acted to increase the Danger.*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

Oklahoma city, Oklahoma
John Cassablanca modeling school

B.  What date and approximate time did the events giving rise to your claim(s) occur?

between 2003-2005

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

In about 2004 I attended John Cassablanka modeling school where I was sexually assulted by Jeffrey Epstien in an attempt to recruit me to work for him as "Entertainment" prostejution as an underage minor teen. Apon reporting this information along with much more to oklahoma city police, County Sherriff, Oklahoma State Dept of Investigation I beleive it was took my report. Law enforcment uuknomosly declined to bring charges or investigate the crimes accnowlesing to me the severity and gravity of the situation yet telling me the best thing I could do is forget about it.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Severe and Permanent psychological, emotional trauma.
Lost wages, diminished future earnings capacity
Past and Future pain, suffering, humiliation, loss of
enjoyment of Life, emotional distress

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

An award of compensatory damages in the amount
to be determined at trial, to fairly and
fully compensate Plaintiff for all general and
special damages including but not limited to
the above mentioned in section mar "Injuries".
Punitive and Exemplary Damages, ~~malicies, reckless, and~~
~~deliberate indifference to Plaintiffs fundamental rights.~~
Pre and Post Judgement interest in all damages awarded at the
maximum rate.      And further
Equitable Relief, Such other ~~that the~~ relief as the court
may deem just, equitable, and proper,
As well as copies of all relevent information and evidence
collected by law enforcement potentially related to me.
To include the busness card taken by athorities.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    9 June 2026

Signature of Plaintiff

Printed Name of Plaintiff    Warren E. Overton

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address